Jeffrey Keith Sandman
*pro hac vice*
Webb Daniel Friedlander LLP
5208 Magazine St Ste 364
New Orleans, LA  70115
Phone: (978) 886-0639
e-mail: jeff.sandman@webbdaniel.law

D. Gill Sperlein
*pro hac vice*
The Law Office of D. Gill Sperlein
345 Grove Street
San Francisco, CA  94102
Phone: 415-404-6615
e-mail: gill@sperleinlaw.com

Jerome Mooney
SBN 2303
Weston, Garrou & Mooney
50 West Broadway, #300
Salt Lake City, Utah  84101
Phone: 801-364-5635
e-mail: jerrym@mooneylaw.com

ATTORNEYS FOR PLAINTIFFS

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| FREE SPEECH COALITION, INC.; D.S. DAWSON; JOHN DOE; DEEP CONNECTION TECHNOLOGIES, INC.; CHARYN PFEUFFER; and JFF PUBLICATIONS, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> JESS L. ANDERSON, in his official capacity as THE COMMISSIONER OF THE UTAH DEPARTMENT OF PUBLIC SAFETY; and SEAN D. REYES, in his official capacity as THE ATTORNEY GENERAL OF THE STATE OF UTAH, <br><br> Defendants. | DECLARATION OF JOHN DOE IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION <br><br><br> CASE NO.: 23-cv-287 <br><br> JUDGE STEWART <br> MAG. JUDGE OBERG |

JOHN DOE[1] DECLARES:

1.  I submit this declaration on my own behalf in support of Plaintiffs' Motion for a Preliminary Injunction against enforcement of Utah's S.B. 287, codified at Sections 78B-3-1001 and 1002 of Utah's Code (the Act), which provides, *inter alia*, that "[a] commercial entity that knowingly and intentionally publishes or distributes material harmful to minors on the Internet from a website that contains a substantial portion of such material shall be held liable if the entity fails to perform reasonable age verification methods to verify the age of an individual attempting to access the material."

2.  I have read the Act, including the statutory definitions referenced therein. I understand that violation of the Act exposes the violator to liability for "damages resulting from a minor's accessing the material, including court costs and reasonable attorney fees as ordered by the court."

3.  I have personal knowledge of the facts set forth in this declaration.

## BACKGROUND

4.  I am a 74-year-old man who moved to Utah in 1966 to attend Brigham Young University, where I majored in Political Science and Sociology. I later earned my law degree from the University of Utah College of Law and have practiced law in Utah ever since. I am a member of the New York and Utah Bar Associations and am admitted to practice in the United States Tax Court, the Tenth Circuit Court of Appeals, and the United States Supreme Court.

---

[1] John Doe is a pseudonym. A motion to proceed pseudonymously is pending before the Court. *See* Dkt. No. 8.

5. As part of my legal practice, I represent various adult bookstores and sexual device manufacturers, which requires that I occasionally visit websites offering what I believe to be a "substantial portion" of material that may be deemed "harmful to minors" under the Act.

**CONFUSION, EMBARRASSMENT, AND LOSS OF PRIVACY**

6. I do not understand how I may access websites subject to the age-verification requirements. As I understand it, age-verifying through "use of a digitized identification card" is not currently possible in Utah because the only such card in existence does not yet provide for the online verification necessary for the card to be of any use to an internet user. Nor is verification through "an independent, third-party age verification service" possible where compliance demands that the service cross-reference personal information of Utah residents against "a commercially available database . . . that is regularly used by government agencies and business for the purpose of age and identity verification." To the best of my knowledge, Utah does not provide access to its identity databases to third-party vendors; anyway, I am concerned about relying on the provision of services from such third-party vendors to obtain access to these materials.

7. Even if there were a logistically simple way to prove my age and obtain unrestricted access to non-obscene content on the internet, I would be too embarrassed, concerned for my privacy, and troubled by the government overreach to comply. I am a Mormon, a deeply private person, a luddite who still uses a flip phone, and an ideological libertarian wary of intrusive government overreach. Conditioning access upon my sharing my identity with a government-administered digital ID program or a third-party with access

DECLARATION OF JOHN DOE
-3-

to government databases is a frightening indignity and an Orwellian overreach repugnant

to my values.

I declare under penalty of perjury under the laws of the United States that the foregoing is true

and correct.

Executed at _____Midvale_____, _____Utah_____ on ____5/30/2023____.
           City              State              Date

DocuSigned by:

John Doe
2D9FCFE3F5F2444...

John Doe