IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| FREE SPEECH COALITION, INC.; D.S. DAWSON; JOHN DOE; DEEP CONNECTION TECHNOLOGIES, INC.; CHARYN PFEUFFER; and JFF PUBLICATIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>JESS L. ANDERSON, in his official capacity as THE COMMISSIONER OF THE UTAH DEPARTMENT OF PUBLIC SAFETY; and SEAN D. REYES, in his official capacity as THE ATTORNEY GENERAL OF THE STATE OF UTAH,<br><br>Defendants. | **STIPULATED MOTION FOR BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANTS' MOTION TO DISMISS**<br><br>Case No.: 2:23-cv-00287-TS-DAO<br><br>Judge Ted Stewart<br><br>Magistrate Judge Daphne Oberg |

On June 1, 2023, Plaintiffs filed a Motion for Preliminary Injunction. ECF 24. The Court has set a hearing on Plaintiffs' Motion for Preliminary Injunction for July 17, at 10:00 a.m. Defendants intend to file a Motion to Dismiss Plaintiffs' complaint. The parties, through their respective counsel, hereby stipulate and jointly move the Court for an order setting a briefing schedule for Plaintiffs' Motion for Preliminary Injunction and Defendants' Motion to Dismiss, as follows:

| | |
|---|---|
| Defendants' Motion to Dismiss due: | **June 14, 2023** |
| Defendants' Opposition to Motion for Preliminary Injunction due: | **June 30, 2023** |
| Plaintiffs' Opposition to Motion to Dismiss due: | **June 30, 2023** |
| Defendants' Reply in Support of Motion to Dismiss due: | **July 13, 2023** |
| Plaintiffs' Reply in support of Motion for Preliminary Injunction due: | **July 13, 2023** |

A proposed order is submitted simultaneously herewith.

DATED: June 7th, 2023.

/s/ *David N. Wolf*
David N. Wolf
Lance Sorenson
Jason N. Dupree
Assistant Utah Attorneys General
*Counsel for Defendants*

/s/ *D. Gill Sperlein*
D. Gill Sperlein
Jeffrey Keith Sandman
Jerome Mooney
*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that on June 7th, 2023, that a true and correct copy of **STIPULATED MOTION FOR BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION AND DEFENDANTS' MOTION TO DISMISS** was e-mailed to the following:

**Jerome H. Mooney**
Weston Garrou & Mooney
Email: jerrym@mooneylaw.com

**D. Gill Sperlein**
The Law Office of D. Gill Sperlein
Email: gill@sperleinlaw.com

**Jeffrey Sandman**
Webb Daniel Friedlander LLP
Email: jeff.sandman@webbdaniel.law

*Attorneys for Plaintiffs*

UTAH ATTORNEY GENERAL'S OFFICE

/s/ *Seth A. Huxford*
SETH A. HUXFORD
*Legal Secretary*