Jeffrey Keith Sandman (*pro hac vice*)
Webb Daniel Friedlander LLP
5208 Magazine St Ste 364
New Orleans, LA  70115
Phone: (978) 886-0639
e-mail: jeff.sandman@webbdaniel.law

D. Gill Sperlein (*pro hac vice*)
The Law Office of D. Gill Sperlein
345 Grove Street
San Francisco, CA  94102
Phone: 415-404-6615
e-mail: gill@sperleinlaw.com

Jerome Mooney (SBN 2303)
Weston, Garrou & Mooney
50 West Broadway, #300
Salt Lake City, Utah  84101
Phone: 801-364-5635
e-mail: jerrym@mooneylaw.com

ATTORNEYS FOR PLAINTIFFS

# UNITED STATES DISTRICT COURT
# DISTRICT OF UTAH

|  |  |
|---|---|
| FREE SPEECH COALITION, INC.; D.S. DAWSON; JOHN DOE; DEEP CONNECTION TECHNOLOGIES, INC.; CHARYN PFEUFFER; and JFF PUBLICATIONS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>JESS L. ANDERSON, in his official capacity as THE COMMISSIONER OF THE UTAH DEPARTMENT OF PUBLIC SAFETY; and SEAN D. REYES, in his official capacity as THE ATTORNEY GENERAL OF THE STATE OF UTAH,<br><br>Defendants. | CASE NO.: 23-cv-287<br><br>JUDGE STEWART<br>MAG. JUDGE OBERG |

**NOTICE OF APPEAL**

Free Speech Coalition, Inc.; D.S. Dawson; John Doe; Deep Connection Technologies,

Inc.; Charyn Pfeuffer; and Jff Publications, LLC appeal to the United States Court of Appeals for the

Tenth Circuit from the Judgment in a Civil Case entered on August 1, 2023.

Respectfully Submitted,

<table>
<tr><td></td><td></td><td>D. Gill Sperlein (Pro Hac Vice)</td></tr>
<tr><td></td><td>By</td><td>*/s/ D. Gill Sperlein*</td></tr>
<tr><td>Date: August 11, 2023</td><td></td><td>THE LAW OFFICE OF D. GILL SPERLEIN</td></tr>
</table>

Jeffrey Keith Sandman (Pro Hac Vice)
WEBB DANIEL FRIEDLANDER LLP

Jerome Mooney
WESTON, GARROU & MOONEY
Attorneys for Plaintiffs